# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2014

## NO. 03-11-00668-CV

**The City of San Antonio, Appellant**

**v.**

**Greg Abbott, Texas Attorney General, Appellee**

## APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on September 9, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that the City need not comply with the Attorney General's ruling regarding the requested information. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.